Bonnie Russell
13676 Ruette Le Parc, #E
Del Mar, CA 92014
(858-260-0216)
Plaintiff in Pro Per

FILED
May 04 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ gloriavocal DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**BONNIE RUSSELL**

Plaintiff,

vs.

**DARREN WERTZ, and JUANITA WERTZ,**

Defendants.

**State Case No.:** '23CV0819 WQHBLM

**37-2022-000487310CU-PO-CT**

**37-2022-0004900 UL**

**Federal Case Numbers:**

______________________________

**Request removal to Federal Court for Diversity as Defendants reside in Washington State, and amounts Exceed $75,000; Complaint adds Defamation.**

**Plaintiff Requests Counsel be Appointed having completed necessary paperwork, and is Granted Leave to Amend to File as a "Jan Doe" citing freedom from ongoing harassment.**

Judicial Officer: ________________
Courtroom Number: ______________
Hearing Date: ________________
Time: ________________

May 3, 2023

Signature: ____________________

By: ________________________

## DECLARATION OF BONNIE RUSSELL

Plaintiff requests the court appoint an attorney for the following reasons.

1. Plaintiff is a 72 year old female suffering from a rare auto-immune disease that normally only strikes small-boned woman with pale skin whose ancestors are of English, Irish, or Scottish ancestry. If 10 people have this disease, nine are women. A precise disease, it skips tall women.
2. The disease produces itching enough to cause some to commit suicide. It also comes produces deep, ***deep*** fatigue. As a result Plaintiff is not mentally on her game. When on point, it's generally only in the morning, largely consumed by travel, and definitely toast by 3:00pm. However, Plaintiff learned at 1:20p.m., today after driving from approximately 41 miles away this week, and spending much in parking and print costs, another issue seems to be a dispute between the San Diego Library and Federal Court IT Department, resulting which results in basic forms not being able to print. The Library side feels there is a blocking issue. I know calls to the Federal Court did not go through until I exited the Library and walked up the street. It is extremely frustrating not to have been made aware of this issue earlier

in the week. I will request the Court allow extra time to add to this motion Next week, as the Clerk in Department 60 said they needed to see a Motion to Federal Court before dimissing a hearing tomorrow.

3. As a Defendant in a separate, Unlawful Detainer action Plaintiff wishes to appeal, Plaintiff qualified for legal help, but was told "Self-Help" Clinics were all she would receive. Plaintiff missed many deadlines due to the fatigue frustrations the disease adds to her life. Plaintiff has called several well known attorneys, including the Gomez firm. All declined, feeling the personal injury case is not big enough. However, defamation adds a new aspect.

4. Plaintiff's current medical costs are -- by lottery. Currently only one pill works to combat organ deterioration. This medication costs $73,000 per year and not surprisingly, is not covered by insurance. Each year, Plaintiff applies to a medical lottery see if she makes the cut. It's not a given. As such Plaintiff is up on shots, boosters, and believes she will wear a mask until there is a vaccine.

5. As Plaintiff feared, Defendant filed a Retaliatory Eviction after she filed a lawsuit against him stemming from a Slip and Fall Injury suffered in the Laundry Room for the condo she's rented from Defendant for a period of 17 years. However, try as she might, Defendant refused for two years to disclose the name of his insurance carrier, before deciding to cut off all communication. Prior to that Plaintiff, was harassed by the Internet famous, Mike Dalcin who screamed obscenities at Plaintiff after he learned Plaintiff does investigations, and tips reporters. Google, "**San Diego Union Tribune, Lubbock, Organ Harvesting.**" Plaintiff supplied the tip. Story

went all over California. Jeff's follow- up piece was picked up by the Chicago Tribune, and the Baltimore Sun.

6. Dalcin was also annoyed Plaintiff wears a mask. Dalcin approached Plaintiff one morning while she was walking with a neighbor, in an accusatory manner. Plaintiff responded, "I don't care for the way you approached me" and continued talking to her neighbor. After the neighbor left, Plaintiff approached Dalcin who came unglued, threatening to make Plaintiff, "Instagram famous." At the time, Plaintiff was unaware of his true name, as well as his history of coming unglued. Or that Dalcin had already made himself, "Internet famous." When Plaintiff complained to Wertz, her landlord, it took *months* for Wertz to address Dalcin's attack. https://www.dailymail.co.uk/news/article-9270145/California-realtor-fired-shocking-video-shows-berating-Asian-girl.html

Dalcin, who lives across the Street also faced eviction. (Case 37-2022-00035523—CL-UD-CTL). Dalcin apologized to Plaintiff. She accepted. Still claims to have been a SEAL, though. By now Dalcin blamed his neighbor, a woman he was once friendly with, but now mooned on her own security camera, and screamed obscenities. He told Judge Bell she was hitting on him. I am no fan of this woman, but blaming her for his behavior? Judge Bell gave Dalcin a pass. It may be Judge Bell knows Dalcin's sister is a judge. On the flips side, Judge Bell remained unconcerned with Plaintiffs online stalkers of more than 15 years while paying rent for 17 years and maintaining a trust account. Wertz quickly won his Retaliatory Eviction, Defendant in that action is Appealing as Defamation post-eviction was among a list of nefarious actions committed by Wertz, which Plaintiff will

address in a follow up. The Library is closing soon for a gala event, and the Clerk from Department 60 insisted on adequate notice.

7. Separately, Plaintiff has not had any quiet enjoyment of the unit since the fire of July 2020. See Photos attached as **EXHIBIT** _____ and never addressed by Wertz.

8. News sources noticed evictions are crackling along at a pace pleasing to San Diego's current administration. Again, due to Plaintiff's illness many court filings and hearings were missed. Plaintiff also has a fistful of kicked back filings. Court staff also frustrated filings including one hearing for May 5. However, when Plaintiff addressed the court as to her stalker situation, the Court was exceptionally, uninterested, although Plaintiff brought up the fact she has had a variety of stalkers since 2001. In the course of research Plaintiff sometimes stumbles over former, forced to resign attorneys, and those disbarred, who continue practicing on-line. Plaintiff writes about them as people are so geared to read reviews (now available with Artificial Intelligence programs). Plaintiff believes people are so overwhelmed with data they simply do not even think to consult State Bar records.

9. Plaintiff warns people against these types on-line. One former attorney sued Plaintiff five times for "libel per se," each time in a different county. He never prevailed, and was eventually declared a ***vexatious litigant***.

10. In addition to suing Plaintiff, he also sent Plaintiff an email stating, **"I will hunt you down."** He picked up a fan from the now defunct firm of **Basie and Fritz.** To date, no California judge in State Court has appropriately

addressed this behavior towards Plaintiff. One State judge felt the need to criticize Plaintiff in open court, while ruling against the former attorney.

11. This former attorney also threatened the life of a newspaper columnist who wrote about him. He was eventually convicted of the Unauthorized Practice of Law and did six and a half years. Unbothered by his vexatious litigant status, he immediately sued Plaintiff in **Federal Court**. The Court identified the suit as harassment and threw it out.

12. As Plaintiff's business is making sure the public can find good attorneys, running into disbarred attorneys still plying their wares online, Plaintiff tries to help given the California State Bar has no separate entity or interest in addressing this. Federal Courts post the latest suspensions and disbarments online, in wide ranging press releases.

Plaintiff is aware California State Courts will not address these issues, regardless of mental health of the stalkers, or the length of time Plaintiff has been stalked. If Plaintiff is mentioned in the news, she can count on one of the three to attack online. Sometimes anonymously. Sometimes, although inadvertently, not.

13. Plaintiff attaches the defamatory written postings of Defendant Wertz, as **EXHIBIT** ______ and requests the Court for Leave to Amend my Complaint as a "Jane Doe."

14. Additionally, and mindful Justices spend enormous amounts of their time reading, Plaintiff mentions a gentle reminder that generally, it's the

billionaire owner of the LA Times and UT decides what is news; please also read the complaint attached as **EXHIBT**_______ filed against two male, San Diegans, who specialize in sending offensive messages to elected female officials, including accompanying cakes with chocolate penises on top. The article first appeared in Courthouse News, an excellent publication, and one the general population is seriously unaware.

https://www.courthousenews.com/woman-sues-over-delivery-of-chocolate-penis/

**15. San Diego based men harassing women for fun and profits is the new reality for *all* women. Plaintiff requests Jane Doe relief due in part, from our new reality.**

**For parents ; An app called "Omegle" Predators your kids think are friends. They serve to alienate kids from their parents. It's a new world.**

https://www.motherjones.com/politics/2022/11/the-internet-is-full-of-predators-omegle-lets-you-meet-them/

16. Plaintiff is prepared to add more articles, but feels that's quite enough.

17. Plaintiff's first legal job was working for John Flynn, as a low-level employee, about six years after John argued what became the Miranda Decision. State Courts and poor police practices continue getting women killed.

18. Local Police however, reacted differently, after confiscating the gun a

licensed attorney brought unasked and uninvited to my home, who refused to leave the area, returning three times to knock on my door. Which Plaintiff never opened, preferring to tell him one, "I don't want to talk to you, go away." Local police found him to be a credible threat, and confiscated his fully loaded Glock. They also requested and received an Emergency Protective Order. The police called me, (after confiscating the attorney's eight guns at his residence (including two long guns), to suggest I get, "a real restraining order." Although Plaintiff clearly indicated she was not speaking to the guy, a State Court judge told Plaintiff, in denying her request for a restraining order, **"He has a right to bring a gun to a conversation**."

**Under penalty of perjury, I declare that the information given in this motion is true and correct.**

**Dated:** May 3, 2023

**By** Bonnie Russell

**Bonnie Russell**