

Exhibit A

  

My Unit     My Unit Also Balconey shot

  

Balconey Shot