### RefDesk

| | |
|---|---|
| From: | Bonnie Russell <​~~~~~~~~~~~~> |
| Sent: | Thursday, April 27, 2023 1:55 PM |
| To: | RefDesk |
| Subject: | Please make three color copies each.  Thank you very much. |

Download full resolution images
Available until May 27, 2023



# POSTED

# NO

# TRESPASSING

Tenant Bonnie Russel has been evicted by court order and locked out of these premises.  She has no legal access to this property and anyone assisting her in breaking in will be prosecuted along with her to the full extent of the law.

Signed

Darren Wertz Trustee

Owner

B1

1