1  Richard L. Francis, Esq. (BAR # 70884)
   LAW OFFICES OF FRANCIS & ASSOCIATES
2  711 South "A" Street
   Heritage Square
3  Oxnard, CA 93030
   rlf@lawrlf.com
4  (805) 486-5898

5  Attorney for Plaintiff Linda Parks

6

7

8                SUPERIOR COURT OF CALIFORNIA

9                IN AND FOR THE COUNTY OF VENTURA

10

11  LIINDA PARKS,                    ) Case No.
                                     )
12              Plaintiff,           ) COMPLAINT FOR DAMAGES
                                     )
13  vs.                              ) INTENTIONAL INFLICTION OF
                                     ) EMOTIONAL DISTRESS
14  RAIN PARADE, LLC, dba, DICK AT   )
    YOUR DOOR; ADAM HASCALL; BRYAN   )
15  PRITZ, and DOES 1 through 30, inclusive, )
                                     )
16              Defendants.          )
                                     )
17

18      Comes now Plaintiff LINDA PARKS, who **alleges as follows:**

19      1)   Plaintiff is now and at all relevant times referenced herein was a resident of

20  Ventura County, California.

21      2)   Defendant RAIN PARADE, LLC, dba, DICK AT YOUR DOOR, is a Limited

22  Liability company with its principal place of business in San Diego County, California.

23      3)   Defendants ADAM HASCALL and BRYAN PRITZ, are now and at all times

24  mentioned in this complaint were residents of San Diego County, California.

25      4)   Defendants ADAM HASCALL and BRYAN PRITZ, are now and at all times

26  mentioned in this complaint were the sole and dominating members of Defendant RAIN

27  PARADE, LLC.

28      5)   On or about June 5, 2021, Defendants and each of them caused to be delivered

1

to Plaintiff's home in Ventura County a "chocolate Dick," an offensive 5 inch chocolate phallus with no redeeming social qualities, whatsoever.

6) Defendants, and each of them, have continued their offensive and outrageous conduct by, despite their public statements of disclosure of persons contracting for sending their sick "novelties," failing and refusing to disclose the person(s) ultimately responsible for the offensive and outrageous conduct alleged herein.

7) Plaintiff is informed and believes, and on that information and belief alleges, that Defendant RAIN PARADE, LLC, dba, DICK AT YOUR DOOR is insolvent and is unable to answer in damages to this Complaint.

8) Defendants ADAM HASCALL and BRYAN PRITZ are liable for the acts of Defendant RAIN PARADE, LLC, dba, DICK AT YOUR DOOR alleged in this complaint as their alter egos. Recognition of the privilege of separate existence would promote injustice because Defendants ADAM HASCALL and BRYAN PRITZ, in bad faith dominated and controlled Defendant RAIN PARADE, LLC, dba, DICK AT YOUR DOOR, by using the gossamer cover of the LLC to inflict their offensive and outrageous conduct on Plaintiff.

Plaintiff is further informed and believes, and on that information and belief alleges:

a. Defendants ADAM HASCALL and BRYAN PRITZ diverted funds and other assets of Defendant RAIN PARADE, LLC, dba, DICK AT YOUR DOOR to other than the Company's uses.

b. Defendants ADAM HASCALL and BRYAN PRITZ commingled funds and other assets of Defendant RAIN PARADE, LLC, dba, DICK AT YOUR DOOR and their funds and other assets for their own convenience and to assist in evading payment of its obligations.

c. Defendants ADAM HASCALL and BRYAN PRITZ treated the funds and other assets of Defendant RAIN PARADE, LLC, dba, DICK AT YOUR DOOR as their own.

d. Defendants ADAM HASCALL and BRYAN PRITZ used Defendant RAIN

2

Complaint for Damages

1 PARADE, LLC, dba, DICK AT YOUR DOOR as a mere shell, instrumentality, or conduit for their sick personal thrills, utilizing false return addresses to further deceive creditors.

  e. Defendants ADAM HASCALL and BRYAN PRITZ diverted funds and other assets of Defendant RAIN PARADE, LLC, dba, DICK AT YOUR DOOR to themselves, to the detriment of creditors, including Plaintiff, and further utilizing false return addresses to further deceive creditors.

  f. Defendants ADAM HASCALL and BRYAN PRITZ committed their offensive acts by use of the company name of RAIN PARADE, LLC, dba, DICK AT YOUR DOOR solely as a shield against personal liability with no other company attributes.

  9) The actions of defendants were outrageous, intentional, and malicious, and done with reckless disregard of the fact that they would certainly cause plaintiff to suffer severe emotional and physical distress.

  10) As a proximate result of the acts of defendant, plaintiff suffered headaches, severe emotional distress in the form of fear, nervousness, anxiety, worry, and indignity.

  11) As a direct and proximate result of defendant's conduct, plaintiff has suffered general damages in an amount to be determined by proof at trial.

  12) Defendant's conduct was done knowingly, willfully, and with malicious intent, and plaintiff is entitled to punitive damages in an amount to be determined by proof at trial.

  WHEREFORE, plaintiff demands judgment from defendant for:

1. general damages according to proof;
2. special damages for psychological counseling and lost wages according to proof;
3. punitive damages;
4. costs of suit; and
5. such other and further relief as this court may deem just and proper.

Respectfully Submitted.

March 15, 2022

Law Offices of Richard L. Francis & Associates, P.C.

By: _____
Richard L. Francis,
Attorney for Plaintiff

I:\000 Needles Clients\Parks, Linda\201087 Pleadings\Complaint\Complaint.wpd

3